```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 26556
  TAWANDA REDMOND
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-2011

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 10/03/2008 and was not confirmed.

    The case was dismissed without confirmation 11/03/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
WELLS FARGO FINANCIAL IL  UNSECURED            486.62          .00            .00
THE BANK OF NEW YORK      MORTGAGE NOTI   NOT FILED            .00            .00
GMAC MORTGAGE CORP        MORTGAGE NOTI   NOT FILED            .00            .00
GMAC MORTGAGE             CURRENT MORTG         .00            .00            .00
GMAC MORTGAGE             SECURED NOT I    19425.80            .00            .00
PRO SE DEBTOR             DEBTOR ATTY           .00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------        --------------
TOTALS                        .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/24/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```